UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                    CHAPTER 13 CASE

Mary K. Knutson                                           CASE NO. 09-50356

                                                          ORDER
                    Debtor.
_____


This case is before the court on the motion of US Bank N.A. it seeking relief from the stay imposed pursuant to 11 U.S.C. § 362. Based on the file;

It is ordered:

1. The motion is denied.

2. The debtor shall cure the post petition arrears in a total amount of $1,576.96 with the breakdown as follows:

    Payments March, 2011 to April, 2011 @ $588.28 = $1,176.56
    Late Charges = $47.36
    Property Inspections $115.00
    Attorney Fees and Costs = $710.00
     (Suspense)                                           ($471.96)
     TOTAL:                                               $1,576.96

3. The post petition arrears shall be cured by a payment in the amount of $1,000.00 being received by the office of Wilford & Geske on or before April 30, 2011. The remaining balance of $576.96 shall be cured by six payments in the amount of $96.16 commencing May 15, 2011 and continuing through October 15, 2011. These payments shall be in addition to the debtor's regular monthly mortgage payment.

4. The debtor shall continue to pay regular monthly payments on this account as and when such payments become due, commencing May 1, 2011.

5. The debtor shall also remain current with the trustee.

6. In the event the debtor does not comply with any of the above terms, the movant, its assigns or successors in interest, will be entitled to ex parte relief from the stay upon expiration of ten calendar days after service by U.S. Mail of an affidavit of default upon the debtor and her attorney and failure by the debtor to cure. If a default notice issues and the default is cured within the ten days allowed, the movant will be entitled to $75.00 as compensation

Notwithstanding Fed. R. of Bankr. P. 4001(a)(3), this order is effective immediately.

/e/ Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/27/2011
Lori Vosejpka, Clerk, by AMM